UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL NO. H-11-116 |
| | § | |
| MARIA ROJAS, | § | |
| (aka Nancy), | § | |
| Defendant | § | |

## PRELIMINARY ORDER OF FORFEITURE AND
## FINAL ORDER OF FORFEITURE AS TO DEFENDANT

The Court issues this Preliminary Order of Forfeiture and Final Order of Forfeiture as to Defendant, Maria Rojas, following Defendant's guilty plea and based on the evidence and record.

The Court finds that the requisite nexus between the real properties sought to be forfeited and the offenses has been established.

It is ORDERED that the following property, including all improvements and appurtenances, is forfeited to the United States pursuant to 18 U.S.C. §§ 982(a)(6) and 1594(d) :

1. Real property located at 7928 Buchanan Street, Houston, Texas, 77029, and legally described as:  Lot 7, in Block "H" of Port Houston Addition, an addition in Houston, Harris County, Texas,  according to the map or plat thereof recorded in Volume 2, Page 51, of the map records of Harris County, Texas.

2. Real property located at 8403 Clinton Drive, Houston, Texas 77029, and

legally described as: A tract containing 10,740 square feet of land out of Port of Houston Addition, as recorded in Volume 4, Page 45, of the map records of Harris County, Texas.

3. Real property located at 8303 Clinton Drive, Houston, Texas 77088, and legally described as: 12,591 sq. ft. out of and being part of Lots 1, 2, 3, 13, 14, 15 in Block 86 of Port Houston Addition, an Addition to the City of Houston, N.S.B.B., Harris County, Texas, according to the map or plat thereof recorded in the Office of the County Clerk of Harris County, Texas.

4. Real property located at 8221 Clinton Drive, Houston, Texas 77029, and legally described as: Part of Lots 15 and 16, in Block 84 and Parts of Lots, 1, 2, 3, 4, and 13, in Block 84-A and a Tract of Land out of Taft Street, Port Houston, recorded in Volume 4, Page 45, of the map records of Harris County, Texas.

5. Real property located at 8037 Clinton Drive, Houston, Texas 77029, and legally described as: Tracts 2B, 3B, 4B, 4A, 5A, 19B, 20B, 20A, and 21A of the Port of Houston NS as recorded in the property records of Harris County, Texas.

6. Real property located at 813 Defender Street, Houston, Texas 77029, and legally described as: Lot 4, in Block 24, of Clinton Park Addition, an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 18, Page 28, of the map records of Harris County, Texas.

7. Real property located at 1021 Defender Street, Houston, Texas 77029, and legally described as: Lot 17, in Block 24 of Clinton Park Addition, a subdivision in Harris County, Texas, according to the map or plat thereof, recorded in Volume 18, Page 28, of the map records of Harris County, Texas.

8. Real property located at 7902 Mendez Street, Houston, Texas 77029, and legally described as: Lot 1, Block 24 of Port Houston Addition, an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 2, Page 51, of the deed records of Harris County, Texas.

9. Real property located at "0" Clinton Drive, Houston, Texas, 77029, and legally described as: a 5,413.5 square foot tract out of supplementary plat of Port Houston, an addition in Harris County, Texas, according to the map or

plat thereof, recorded in Volume 4, Page 45, of the map records of Harris County, Texas.

10.  Real property located at 19231 S. Cabango Court, Porter, Texas 77365, and legally described as: Lot 30, Block 3, Riverwalk, Section 3, a subdivision of 631.92 acres of land located in the George Mason Survey, Abstract 341 and the Thomas Vanhorn Survey, Abstract 587, of Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet M, Sheets 164 through 171 of the map records of Montgomery County, Texas.

It is ORDERED that the United States shall publish notice of this Order, and, to the extent practicable, shall provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding. Any person, other than the Defendant, asserting a legal interest in the real property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the real property, within such time and in the manner provided by Title 21, United States Code, Section 853(n). If no third party files a timely claim, this Order shall become the Final Order of Forfeiture as provided by FED. R. CRIM. P. 32.2(c)(2).

It is ORDERED that the United States, or a designee, is authorized to enter the real property, to post notice of forfeiture, to inspect or survey the real property, or to conduct such further proceedings as are authorized by law.

It is ORDERED that this order of forfeiture shall be made a part of the Defendant's sentence and included in her judgment.

It is further ORDERED that this Court shall retain jurisdiction to enforce this Order.

SIGNED on April _9_ , 2012, at Houston, Texas.

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE