UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA vs. JOSE LUIS ROJAS | No. 11-CR-116(2) |

NOTICE OF APPEAL,
MOTION TO WITHDRAW,
MOTION TO APPOINT COUNSEL

Judge Hughes:

Jose Luis Rojas appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment and the order of restitution in this case.

Please allow counsel to withdraw.

Please appoint counsel to represent Mr. Rojas, who is still indigent, on appeal.

Thank you,

_____
Mark Bennett
SBN 00792970
Bennett & Bennett
735 Oxford Street
Houston, Texas 77007
713.224.1747