JUDGE:             Lynn N. Hughes
CASE MANAGER:      Glenda Hassan
REPORTER _____    INTERPRETER _____

☒ LAW CLERK  Kaufman         ☐ INTERN _____

TIME: 5:15  TO 5:40 p.m. / ____ TO ____ .m.    DATE: October 1, 2012

CR. NO. H- 11-116

| UNITED STATES OF AMERICA | § | Joseph Magliolo, Ruben Perez, and | AUSA |
| vs. | § | Cynthia DeGabrielle | |
| | § | | |
| Deft. No. | Deft. Name | § | | |
| 1 | Maria Rojas | § | David Adler and Sue Jana | ☒ CJA |
| ___ | ___ | § | ___ | ☐ CJA |
| ___ | ___ | § | ___ | ☐ CJA |
| ___ | ___ | § | ___ | ☐ CJA |
| ___ | ___ | § | ___ | ☐ CJA |
| ___ | ___ | § | ___ | ☐ CJA |
| ___ | ___ | § | ___ | ☐ CJA |

add'l defts. on second page

☒ Conference ~~Hearing~~ held on:
  ☐ all pending motions
  ☒ these topics: depositions of material witnesses and court reporters

☐ **Evidence presented** (exhibits admitted or testimony given) on: _____

☐ *Order to be entered.*
☐ All motions not expressly decided are denied without prejudice to being reurged.
☐ Change of plea hearing held; deft withdraws plea of guilty.
☐ Jury trial set _____, at _____ m.
☐ Deft ____ bond set/reduced to $ ____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft ____ bond ☐ continued ☐ forfeited.
☐ Deft ____ failed to appear, bench warrant to issue.
☐ Deft ____ remanded to custody.
☐ Other Rulings: _____