UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**F I L E D**
April 26, 2013
Lyle W. Cayce
Clerk

No. 12-20272
Summary Calendar

D.C. Docket No. 4:11-CR-116-2

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JOSE LUIS ROJAS,

    Defendant - Appellant

United States Courts
Southern District of Texas
FILED

MAY 2 3 2013

David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before SMITH, DeMOSS, and SOUTHWICK, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: MAY 20, 2013

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
                Deputy

New Orleans, Louisiana   MAY