JUDGE: Lynn N. Hughes
CASE MANAGER: Glenda Hassan
REPORTER _Metzger_ INTERPRETER _____
☒ LAW CLERK _Kaufman_  ☐ INTERN _____
TIME: _3:07 p.m._ TO _3:55 p._ m. / _____ TO _____ .m.   DATE: _June 24, 2013_

CR. NO. H- _11-116_

| UNITED STATES OF AMERICA | § | _Ruben Perez_ AUSA |
| vs. | § | |
| | § | |
| Deft. No.   Deft. Name | § | |
| _____  _____ | § | _Mark Bennett_ ☒ CJA |
| _____  _____ | § | _____ ☐ CJA |
| _____  _____ | § | _____ ☐ CJA |
| _____  _____ | § | _____ ☐ CJA |
| _____  _____ | § | _____ ☐ CJA |
| _____  _____ | § | _____ ☐ CJA |
| _____  _____ | § | _____ ☐ CJA |
| add'l defts. on second page | | |

**Hearing**

☒ Hearing held on:
  ☐ all pending motions
  ☒ these topics: _CJA voucher_

☐ **Evidence presented** (exhibits admitted or testimony given) on: _____

☐ *Order to be entered.*
☐ All motions not expressly decided are denied without prejudice to being reurged.
☐ Change of plea hearing held; deft withdraws plea of guilty.
☐ Jury trial set _____, at _____ m.
☐ Deft _____ bond set/reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft _____ bond ☐ continued ☐ forfeited.
☐ Deft _____ failed to appear, bench warrant to issue.
☐ Deft _____ remanded to custody.
☐ Other Rulings: _____